

# United States District Court
# Eastern District of California

| MICHAEL ASHKER | Case Number: | 2:24-cv-03297-DC-CSK |

Plaintiff(s)

V.

FORTRESS NORTH AMERICA, LLC, a California limited liability company, COMPASS MINERALS INTERNATIONAL, INC., a Delaware corporation, and DOES 1-10, inclusive,

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James F. Bennett hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Fortress North America, LLC and Compass Minerals International, Inc.

On 09.29.95 (date), I was admitted to practice and presently in good standing in the State of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have  [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Robert Burnham and Sierra Nevada Consulting, Inc., v. Fortress North America, LLC, Compass Minerals International, Inc., and Does 1-10, Case No. 2:24-cv-03298-SCR, pro hac application filed concurrently herewith.

Date: 12/02/2024       Signature of Applicant: *[signature]*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James F. Bennett |
| Law Firm Name: | Dowd Bennett LLP |
| Address: | 7676 Forsyth Boulevard, Suite 1900 |
| City: | St. Louis |
| State: | MO |
| Zip: | 63105 |
| Phone Number w/Area Code: | 314-889-7302 |
| City and State of Residence: | St. Louis, MO |
| Primary E-mail Address: | jbennett@dowdbennett.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tory E. Griffin |
| Law Firm Name: | Reynolds Tilbury Woodward LLP |
| Address: | 11601 Blocker Drive, Ste. 105 |
| City: | Auburn |
| State: | CA |
| Zip: | 95603 |
| Phone Number w/Area Code: | 530.653.8426 |
| Bar #: | 186181 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/3/2024

Dena Coggins
United States District Judge